COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Joan Gottlieb Mendell, Individually and in her
Capacity as Trustee of the MK Trust No. 2

Appellate case number:      01-20-00750-CV

Trial court case number:     475348

Trial court:                   Probate Court No. 1 of Harris County

On October 30, 2020, relator, Joan Gottlieb Mendell, individually and in her capacity as Trustee of the MK Trust No. 2, filed a petition for writ of mandamus challenging the trial court's October 22, 2020 "Order Granting Permanent Injunction Pursuant to Texas Trust Code § 114.008." The trial court's October 22, 2020 order requires that relator take various actions with respect to the MK Trust No. 2, including certain actions which are to be completed within ten days of the date of the October 22, 2020 order, on or before November 1, 2020.

Also on October 30, 2020, relator filed an "Emergency Motion for Temporary Relief" with this Court, requesting that we stay the enforcement of the trial court's October 22, 2020 order pending our consideration of relator's mandamus petition. Relator's motion includes a certificate of conference stating that real parties in interest Laurence Scott and Rachel Chaput are opposed to the relief sought in relator's motion.

Relator's emergency motion for temporary relief is **granted**. Enforcement of the trial court's October 22, 2020 Order Granting Permanent Injunction Pursuant to Texas Trust Code § 114.008 is **stayed** pending further consideration of relator's motion. **The Court further requests real parties in interest Laurence Scott and Rachel Chaput submit a response to relator's Emergency Motion for Temporary Relief on or before Thursday, November 5, 2020**.

This stay is in effect until further order of this Court.

It is so ORDERED.

Judge's signature:   /s/Terry Adams
                            ☑Acting individually

Date:  October 30, 2020